After Remand from the Alabama Supreme Court
 

 PITTMAN, Judge.
 

 On November 20, 2009, this court affirmed a summary judgment entered by the Houston Circuit Court in an action filed pursuant to Ala.Code 1975, § 35-9A-101
 
 et seq.,
 
 by Bennie Gibbs against Hurbert Maiers and Melissa Maiers.
 
 Maiers v. Gibbs
 
 (No. 2080178, November 20, 2009), 65 So.3d 1043 (Ala.Civ.App.2009) (table). However, our judgment of affirmance has been reversed.
 
 Ex parte Maiers,
 
 68 So.3d 769 (Ala.2010). On remand to this court, and in compliance with
 
 Ex parte Maiers,
 
 
 *773
 
 we now reverse the summary judgment and remand the cause for further proceedings.
 

 REVERSED AND REMANDED.
 

 THOMPSON, P.J., and BRYAN, THOMAS, and MOORE, JJ., concur.